SEYFARTH SHAW LLP
Eric R. McDonough (SBN 193956)
emcdonough@seyfarth.com
Joseph A. Escarez (SBN 266644)
jescarez@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067
Telephone:  (310) 277-7200
Facsimile:  (310) 201-5219

Attorneys for Defendant
OPORTUN FINANCIAL CORPORATION

KROHN & MOSS, LTD.
Corinne Orquiola
corquiola@consumerlawcenter.com
1112 Ocean Drive, 3rd Floor
Manhattan Beach, CA 90266
Telephone: (323) 922-2400
Facsimile: (866) 861-1390

Attorneys for Plaintiff
MICHELE O'HANLON

**IT IS SO ORDERED**
Judge Edward J. Davila
DATED: 3/11/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHELE O'HANLON,<br><br>　　　　Plaintiff/Counter-Defendant,<br><br>v.<br><br>OPORTUN FINANCIAL CORPORATION f/k/a PROGRESSO FINANCIERO,<br><br>　　　　Defendant. | Case No. 5:15-cv-02603-EJD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Michele O'Hanlon and defendant Oportun Financial Corporation, through their respective counsel of record, hereby stipulate and agree that this action shall be, and is, dismissed **WITH PREJUDICE**, and all parties shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED**.

The Clerk shall close this file.

DATED: March 10, 2016

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Joseph A. Escarez
    Eric R. McDonough
    Joseph A. Escarez

Attorneys for Defendant
OPORTUN FINANCIAL CORPORATION

DATED: March 10, 2016

KROHN & MOSS, LTD.

By: /s/ Corinne Orquiola
    Corinne Orquiola

Attorneys for Plaintiff
MICHELE O'HANLON